No. 68408.—Miniature Fashions, Inc. v. United States, protest 58/5536.—■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■—C.D. 2429. Plaintiff's application for rehearing granted.

■■■■■■■■

MARCH 30, 1964

No. 68409.—Appeal 5140.—Best Moulding Corporation v. United States (Brown, Alcantar & Brown, Inc., Party in Interest).—■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■—C.D. 2366 affirmed December 12, 1963.   C.A.D. 829.

BEFORE THE FIRST DIVISION, APRIL 6, 1964

No. 68410.—Max Eckardt & Sons, Inc., et al. v. United States, protests 303388–K, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68411.—Air-Sea Forwarders, a/c Kindred Aviation, Inc., et al. v. United States, protests 62/1222, etc. (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.